IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JENNIFER WHITE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00746-O-BP |
| | § | |
| **HEIDER GARCIA, TARRANT COUNTY** | § | |
| **ELECTIONS ADMINISTRATOR,** *et al.,* | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand (ECF No. 4) is **GRANTED IN PART** to the limited extent that this case is remanded to the 348th Judicial District Court of Tarrant County, Texas. Because the Court lacks subject matter jurisdiction over the case, the Court does not grant any other relief requested by White or the Defendant.

**SO ORDERED** on this **27th day** of **December, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**